# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLONHILL, LLC, | Case No. 14-10663 (KG) |
| Reorganized Debtor. | |
| ALLONHILL, LLC, | |
| Plaintiff, | Adv. Proc. No. 16-50419 (KG) |
| v. | **Related Adv. D.I.: 15, 17** |
| STEWART LENDER SERVICES, INC., | |
| Defendant. | |

## ORDER APPROVING STIPULATION EXTENDING DEADLINES RELATING TO MOTION TO DISMISS

The Court, having reviewed the *Stipulation Extending Deadlines Relating to Motion to Dismiss* (the "**Stipulation**") attached as **Exhibit A** to the *Certification of Counsel Regarding Stipulation Extending Deadlines Relating to Motion to Dismiss*; it is hereby:

ORDERED that the Stipulation is APPROVED.

Dated: June 7, 2016

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE